**David C. CORSON, Plaintiff–Appellant,**

v.

**Paul A. MATTOX, Jr.; Roger Propst, Superintendent of Schools Calhoun County Board of Education, Defendants–Appellees.**

**No. 10–1246.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 10, 2010.

David C. Corson, Appellant Pro Se. April Joy Wheeler, David Lee Wyant, Bai-

ley & Wyant, PLLC, Wheeling, West Virginia; Jeffery Dale Taylor, Rose Padden & Petty, LC, Fairmont, West Virginia, for Appellees.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David C. Corson filed a civil complaint asserting claims arising under the Rehabilitation Act of 1973 and the Americans with Disabilities Act. The matter was referred to a magistrate judge, pursuant to 28 U.S.C. § 636 (2006), who recommended denying relief and notified Corson of his right to file objections to the report and recommendation. Instead, Corson filed a notice of appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Corson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*